**MEMO ENDORSED**

## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 30, 2020

The application is  X  granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: March 31, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 43).

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:  USA v. Trevor Edwards, 19 CR. 80 (NSR)-02
Second Request for Extension to Surrender for Sentence

Dear Judge Roman:

I am assigned to represent Mr. Edwards pursuant to CJA who is currently released on bond. On March 5, 2020, the defendant was sentenced to 60 months' imprisonment pursuant to his guilty plea. On March 17, 2020, the Court granted the defendant's application for an extension in which to surrender to the marshals to begin his sentence, to April 7, 2020. (See, ECF Doc No. 40)

In light of the continuing ongoing potential threat to the defendant's health by entering prison during the current national pandemic emergency, I am requesting an additional four week extension for the defendant to surrender, to Thursday, May 7 at 1:00 p.m.

I am informed by the Government that they have no objection to this application.

Thank you, Your Honor, for your consideration of this matter and again wishing you, your family and court staff good health.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Samuel Raymond (By Email/PDF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020