**MEMO ENDORSED**

### TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 22, 2020

The application is ☒ granted.
☐ denied.

Nelson S. Román, U.S.D.J.
Dated: April 24, 2020
White Plains, New York 10601
Clerk of the Court requested
to terminate the motion
(doc. 53)

Honorable Nelson S. Roman
United States District Court Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re:  **United States v. Trevor Edwards**
**19 Cr. 80 (NSR) - 02**
**Third Request for Extension to Surrender for Sentence**

Dear Judge Roman:

I am assigned to represent Mr. Edwards, who has been sentenced by this Court and is currently released on bond. On March 17, 2020, the Court granted a second request to extend the defendant's date to surrender, to begin his sentence of 60 months' imprisonment, to May 7, 2020. (ECF Doc No. 40). I was informed today that my client is ill with symptoms consistent with COVID-19. Mr. Edwards has submitted for testing and is awaiting results. He has been directed by his doctor for mandatory quarantine.

In light of the foregoing, I write to the Court to request a six-week extension, to June 18, 2020 at 1:00 pm, for the defendant to surrender.

I am informed by AUSA Samuel Raymond that the Government consents to this application.

Thank you as always, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

AUSA Samuel Raymond (BY ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2020

Sovan Powell MD ( Cornerstone Family Healthcare- Newburgh Internal Medicine )
Letter: COVID 19 Testing Letter ( 04/22/2020 )

Patient: Trevor G Edwards ▓▓▓▓▓▓
DOB: ▓▓▓▓▓▓▓



**Cornerstone Family Healthcare**
**147 Lake Street**
**Newburgh NY  12550**
**www. cornerstonefamilyhealthcare.org**

April 22, 2020

**Employee:** Trevor G Edwards

To Whom It May Concern:

The above named patient  has symptoms concerning for covid- 19  and will be tested. Per the New York State Department of Health, the patient is under Mandatory Isolation pending the results of the testing .

If you need additional information, please feel free to contact our office.

Sincerely,

Sovan Powell MD
Cornerstone Family Healthcare

Electronically signed by Sovan Powell MD on 04/22/2020 at 11:10 AM