**MEMO ENDORSED**

## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

June 9, 2020

Honorable Nelson S. Roman
United States District Court Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re:  **United States v. Trevor Edwards**
     **19 Cr. 80 (NSR)** -02
     Fourth Request for Extension to Surrender for Sentence

Dear Judge Roman:

   I am assigned to represent Mr. Edwards, who has been sentenced by this Court to 60 months' imprisonment on March 5, 2020. He is currently released on bond and continues his complete compliance with all conditions of release. On April 24, 2020, the Court granted a third request to extend the defendant's date to surrender, to begin his sentence of 60 months' imprisonment, to June 18, 2020. (ECF Doc No. 54).

   In light of the ongoing Covid-19 Pandemic and the greatly increased risk of contracting the virus in a limited social distancing environment like prison, in addition to the defendant's documented recent respiratory illness, I write to the Court to request an additional eight-week extension, to Tuesday, August 18, 2020 at 1:00 pm, for the defendant to surrender. I am informed by AUSA Samuel Raymond that the Government has no objection to this application.

   Thank you as always, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  AUSA Samuel Raymond (BY ECF)

---

The application is   X  granted.
                     ___ denied.

Nelson S. Román, U.S.D.J.
Dated: June 10, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 59).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020