UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x
UNITED STATES OF AMERICA,        :

   -against-                    :      19 Cr. 80 (NSR) -02

TREVOR EDWARDS,                  :      ORDER

                      Defendant    :
────────────────────────────────x

Hon. Nelson S. Roman, United States District Court Judge:

    The Defendant, TREVOR EDWARDS, (Reg. No. 86057-054) anticipates filing a motion for home confinement pursuant 18 U.S.C. § 3624 and/or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue,

    It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

        (1) Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

        (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

                                              _____
                                              Hon. Nelson S. Roman
                                              United States District Court Judge

Dated: December 14, 2020
White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020