**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2020

December 29, 2020

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Defendant's request is granted: sur-reply shall be filed on or before January 5, 2021. The Clerk of Court is directed to terminated the motion at ECF No. 87.

Dated: December 30, 2020
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Trevor Edwards*, 19 Cr. 80 (NSR)
      Letter Motion for Leave to File Sur-Reply

**MEMO ENDORSED**

Dear Judge Roman:

I am in receipt of the Government's response in opposition, dated and filed December 29, 2020, (ECF Doc No. 86), to the defendant's Letter Motion for Compassionate Release pursuant to 18 USC §3582(c)(1)(A). (ECF Doc No. 84).

I wish to address certain assertions made the Government in their submission and I therefore write to the Court for leave to submit a brief sur-reply to be due by no later than Tuesday, January 5, 2021.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Samuel Raymond (By ECF and Email/PDF)