UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

TREVOR EDWARDS,

        Defendant(s).
------------------------------------------------------x

**ORDER**

19 Cr. 0080-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

    The Court re-appoints C.J.A. counsel Howard Tanner for the limited purpose of handling Defendant's compassionate release motion.

    The briefing schedule for Defendant's motion for compassionate release is as follows: supplemental moving papers shall be filed on or before August 19, 2022; opposition papers shall be filed on or before August 26, 2022; and reply papers, if any, shall be filed on or before September 2, 2022. The parties are directed to provide chambers with two hard courtesy copies (and one electronic emailed to chambers) as the respective papers are filed.

    Counsel is directed to serve a copy of this Order on Defendant and file proof of service.

SO ORDERED.

Dated: White Plains, New York
         July 28, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022