**MEMORANDUM ENDORSEMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/19/2022_
```

<u>United States v. Trevor Edwards</u>
7:19-cr-80 (02) (NSR)

    The Court is in receipt of the attached letter from Defendant Trevor Edwards, requesting (i) a four-week extension of the briefing deadlines for his motion for compassionate release; and (ii) for approval of a proposed order requiring the Bureau of Prisons to provide his counsel with copies of his medical, vocational, and disciplinary records. Defendant represents that the Government has no objection to his application.

    Accordingly, the Court GRANTS Defendant's application in its entirety. The parties shall file their papers in accordance with the following briefing schedule:

(1) Defendant's supplemental moving papers are to be filed on September 19, 2022;
(2) The Government's opposition papers are to be filed on September 26, 2022; and
(3) Defendant's reply papers are to be filed on October 3, 2022.

    The parties are further directed to provide chambers with two hard courtesy copies (and one electronic copy emailed to chambers) as the respective papers are filed. Counsel is directed to serve a copy of this Order on Defendant and file proof of service.

    The Court will sign and enter Defendant's proposed order separately.

    The Clerk of Court is finally directed to terminate the motion at ECF No. 129.

Dated: August 19, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

August 19, 2022

Honorable Nelson S. Roman
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

        Re:    *United States v. Trevor Edwards*, 19 Cr. 80 (NSR)
               Request for Briefing Schedule Extension and for BOP Records Order

Dear Judge Roman:

      I was re-appointed to represent the above defendant for his application for compassionate release pursuant to 18 USC §3582(c)(1)(A) (ECF Doc Nos. 122, 128). Defense submission is due today. Due to my work and summer vacation schedules and my needing Bureau of Prisons ("BOP") medical and other documents in support of my application, I write to the Court to request a four-week extension of the briefing schedule.

      I also ask for the Court's endorsement of the attached proposed Order requiring the Federal Bureau of Prisons to provide me with a copy of Mr. Edwards's medical, vocational and disciplinary records. He is currently designated at FCI Elkton. The Government has no objection to this application.

      Thank you, Your Honor, for your consideration of this matter.

                                                                Very truly yours,
                                                                Tanner & Ortega, L.L.P.

                                                                Howard E. Tanner, Esq.

cc:      AUSA Samuel Raymond (By ECF and Email/PDF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────── x
UNITED STATES OF AMERICA,       :

   -against-                   :           19 Cr. 80 (NSR)

TREVOR EDWARDS,                 :           ORDER

                 Defendant   :
─────────────────────────────── x

Hon. Nelson S. Roman, United States District Court Judge:

    The Defendant, TREVOR EDWARDS, (Reg. No. 86057-054) anticipates filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on extraordinary and compelling reasons,

    It is therefore hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

        (1) Defendant's complete medical, vocational and disciplinary records from the time he entered into the custody of the Bureau of Prisons to the present, and

        (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

                                                                                    _____
                                                                          Hon. Nelson S. Roman
                                                                          United States District Court Judge

Dated: August      , 2022
White Plains, New York