UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TREVOR EDWARDS,

                        Defendant
-----------------------------------------------------------x

19 Cr. 80 (NSR) (02)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/19/2022
```

Hon. Nelson S. Román, United States District Court Judge:

    The Defendant, TREVOR EDWARDS, (Reg. No. 86057-054) anticipates filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on extraordinary and compelling reasons,

    It is therefore hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, Howard E. Tanner, Esq., within five (5) business days of this Order:

        (1) Defendant's complete medical, vocational and disciplinary records from the time he entered into the custody of the Bureau of Prisons to the present, and

        (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

                                                    Hon. Nelson S. Román
                                                    United States District Court Judge

Dated: August 19, 2022
White Plains, New York