**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2022

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

September 13, 2022

Honorable Nelson S. Roman
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

      Re:    *United States v. Trevor Edwards*, 19 Cr. 80 (NSR) -02
              Second Request for Briefing Schedule Extension and for BOP Records Order

Dear Judge Roman:

    I was re-appointed to represent the above defendant for his application for compassionate release pursuant to 18 USC §3582(c)(1)(A) (ECF Doc Nos. 122, 128). Due to my typographical error in the defendant's Registration Number in the previously executed Court Order for my client's Bureau of Prison ("BOP") records (ECF Doc No. 129-1), BOP has not produced them to me.

    Due to the foregoing, there will be insufficient time for me to submit my motion for compassionate release in compliance with the current schedule, due September 19, 2022. I therefore write to the Court to request a second extension of the briefing schedule for 3-4 weeks, and also, for the Court's endorsement of the attached proposed corrected BOP Order.

    The Government has no objection to this application. Thank you for your consideration of this matter.

                                                 Very truly yours,
                                               Tanner & Ortega, L.L.P.

                                               Howard E. Tanner, Esq.

cc:    AUSA Samuel Raymond (By ECF and Email/PDF)

**Deft's request for an extension of the briefing schedule for his compassionate release motion is GRANTED, without the Govt's objection, as follows: Deft's supplemental moving papers shall be filed on Oct. 17, 2022; the Govt's opposition papers shall be filed on Oct. 24, 2022; and Deft's reply papers shall be filed on Oct. 31, 2022. Counsel shall provide the Court with two hard courtesy copies (and one electronic copy emailed to chambers) as the respective papers are filed. The Court will sign and enter Deft's proposed corrected order separately. The Clerk of Court is requested to terminate the motion at ECF No. 135.**

Dated: White Plains, NY
Sept. 16, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE