| | |
|---|---|
| Probation Form No. 35<br>(1/92) | Report and Order Terminating Probation /<br>Supervised Release<br>Prior to Original Expiration Date |

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.	Docket No. 0208 7:19CR00080-02

Trevor Edwards

On September 12, 2023, the above named was placed on Supervised Release for a period of 48 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Trevor Edwards be discharged from Supervised Release.

Respectfully submitted,

by *Claire Francisco*
Claire Francisco
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___21st___ day of ___October___, 20 _25_.

Honorable Nelson Stephen Roman
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025